# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00522-CR

**Martin Dale Walker, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM COUNTY COURT AT LAW NO. 6 OF TRAVIS COUNTY
### NO. C-1-CR-20-211900, THE HONORABLE BRANDY MUELLER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Martin Dale Walker seeks to appeal a judgment of conviction for assault causing bodily injury. *See* Tex. Penal Code § 22.01. The trial court has certified that (1) this is a plea-bargain case and appellant has no right of appeal, and (2) appellant has waived the right of appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Dismissed for Want of Jurisdiction

Filed: November 4, 2021

Do Not Publish